Cynthia Z. Levin, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 877-206-4741
Fax: 866 633-0228
clevin@attorneysforconsumers.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERRY WEED,** and **MELISSA LINDENMUTH,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**NAVIENT SOLUTIONS, INC.,** formerly **SALLIE MAE, INC.**<br><br>Defendant. | Case No. 2:14-cv-07190-WB<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled on an individual basis. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved

Respectfully submitted this 6th day of July, 2015.

By: s/Cynthia Z. Levin
CYNTHIA Z. LEVIN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 6th day of July, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Wendy Beetlestone
United States District Court
Central District of California


Lisa M. Simonetti
Vedder Price (Ca) Llp

Caitlin E. Oberst
Stradley Ronon Stevens & Young

Eric M. Hurwitz
Stradley Ronon Stevens & Young LLP


This 6th day of July, 2015.

s/Cynthia Z. Levin
CYNTHIA Z. LEVIN