UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERRY WEED,** and **MELISSA LINDENMUTH,** individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NAVIENT SOLUTIONS, INC.,** formerly **SALLIE MAE, INC.,**<br><br>Defendant. | Case No. 2:14-cv-07190-WB<br><br>**ORDER**<br><br>**FILED**<br>SEP 0 2 2015<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 2ND day of September, 2015.

_____
The Honorable Wendy Beetlestone

**ENTERED**
SEP 02 2015
**CLERK OF COURT**